# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132183

LON R. JACKSON, DORIS A. JACKSON,
LAWRENCE ORTEL, KAREN ORTEL,
ASTRID HELEOTIS, and DREW PESLAR,
      Plaintiffs-Appellants,

v

MILTON B. OSGOOD and EVELYN OSGOOD,
      Defendants-Appellees.

SC: 132183
COA: 265510
St. Clair CC: 03-002395-CH

_____/

      On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

d0122